Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
Daniel G. Scow (NV Bar No. 14614)
dscow@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
DORAL ACADEMY OF NEVADA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL VOGELEY, individually, and MICHELE VOGELEY, individually, and on behalf of themselves and all other persons similarly situated,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DORAL ACADEMY OF NEVADA, a domestic nonprofit corporation,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01587-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Michael Vogeley and Michele Vogeley (collectively, "Plaintiffs"), and Defendant Doral Academy of Nevada ("Defendant") to dismiss, with prejudice, Plaintiffs' complaint against Defendant, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

///
///
///
///
///
///

DATED: February 23, 2023

THE BOURASSA LAW GROUP

By /s/ Valerie S. Gray
Valerie S. Gray (NV Bar No. 14716)

Attorneys for Plaintiffs
MICHAEL AND MICHELE VOGELEY

DATED: February 23, 2023

KING SCOW KOCH DURHAM LLC

By /s/ Matthew L. Durham
Matthew L. Durham (Bar No. 10342)

Attorneys for Defendant
DORAL ACADEMY OF NEVADA

**ORDER**

IT IS SO ORDERED.

DATED: March 2, 2023

James C. Mahan
UNITED STATES DISTRICT JUDGE

-2-